

# Fourth Court of Appeals
## San Antonio, Texas

February 28, 2020

No. 04-19-00121-CV

**TEXAS DEPARTMENT OF TRANSPORTATION**,
Appellant

v.

Rodolfo **CANALES**,
Appellee

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 15-08-00191-CVK
Honorable Walden Shelton, Judge Presiding

## O R D E R

Sitting:     Rebeca C. Martinez, Justice
           Irene Rios, Justice
           Liza A. Rodriguez, Justice

On January 23, 2020, appellant filed a motion for rehearing. The motion for rehearing is DENIED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of February, 2020.

_____
Michael A. Cruz,
Clerk of Court